UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOHAMMED ANWAR, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   15-cv-3169 |
| | ) | |
| MAC'S CONVENIENCE STORES, LLC d/b/a CIRCLE K; | ) ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION TO DISMISS

IT IS HEREBY stipulated and agreed by and between the parties to the above entitled action, through their respective attorneys, that the parties have settled all claims in the captioned matter under the terms of a confidential settlement agreement.  In accord with the settlement agreement, the Parties stipulate and agree that said action be dismissed with prejudice, with all parties bearing their own costs, including attorneys' fees.


Date: September 14, 2015          Attorney for Plaintiff

/s/ Dennis A. Creed, III
DENNIS A. CREED, III
Florida Bar No. 0043618
E-mail: dcreed@ffmlawgroup.com
Feldman Law Group PA
Westshore Center ("WSC")
1715 North Westshore Boulevard,
Suite 400
Tampa, Florida 33607
Tele: (813) 639-9366
Fax: (813) 639-9376

Date: September 14, 2015	Attorney for Defendant

/s/ Stacey L. Smiricky
Stacey L. Smiricky (ARDC# 6278472)
FAEGRE BAKER DANIELS LLP
311 S. Wacker Drive, Suite 4400
Chicago, IL 60606
Phone: 312.212.6500
Fax: 312.212.6501
Email: stacey.smiricky@FaegreBD.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 14, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Bradley A. Tobin
>Dennis A. Creed, III
>Feldman Law Group PA
>Westshore Center
>1715 North Westshore Boulevard, Suite 400
>Tampa, Florida 33607
>btobin@ffmlawgroup.com
>dcreed@ffmlawgroup.com

       /s/ Stacey L. Smiricky